United States Courts
Southern District of Texas
FILED

MAY 11 2018

David J. Bradley, Clerk of Court

A091 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Juan CASTRO-Leon

**CRIMINAL COMPLAINT**

Case Number: C-18-807 M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 10, 2018** in **Brooks** County, in the
(Date)
Southern District of Texas defendant, **Juan CASTRO-Leon** a native and citizen of **Guatemala**, and an alien who had been previously deported from the United States was found unlawfully within the United States in **Brooks** County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title **8** United States Code, Section(s) **1326**.
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following Facts:
Official Title

On May 10, 2018, Juan CASTRO-Leon was encountered by Border Patrol Agents at the United States Border Patrol Checkpoint located near Falfurrias, Texas. CASTRO was attempting to conceal himself in the Air Dam of a tractor trailer. Agents determined CASTRO to be a citizen and national of Guatemala without any immigration documents that would allow him to enter or remain in the United States legally. Record checks revealed CASTRO was ordered removed from the United States by a designated official on or about March 11, 2018 and was physically removed from the United States to Guatemala on or about March 19, 2018 via Harlingen, Texas. CASTRO stated he last entered the United States illegally on or about May 5, 2018 near Hidalgo, Texas. At this time, there is no evidence to indicate CASTRO applied for re-admission into the United States by the United States Attorney General or the Secretary of the Department of Homeland Security. RGV North Prosecutions presented the facts to AUSA Julie Hampton who accepted prosecution for 8 USC 1326, Re-entry after Deportation.

Sworn to before me and signed in my presence, and probable cause found on:

Julian James
Printed Name of Complainant

**May 11, 2018**            at            Corpus Christi, Texas
Date                                      City and State

**Jason B. Libby U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer