UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v | § § § | CRIMINAL NO. C-18-399 |
| JUAN CASTRO-LEON | § | |

## ORDER DISMISSING INDICTMENT

It is hereby ORDERED that the above-entitled and numbered Indictment be **DISMISSED** as to Defendant, JUAN CASTRO-LEON. Defendant has pled guilty to Criminal Case No. C-18-1345M.

It is further ORDERED that the Clerk of the United States District Court deliver a certified copy of this Order to the United States Marshal for the Southern District of Texas.

SIGNED, this _____ day of __6/8/18__, 2018.

_____
UNITED STATES DISTRICT JUDGE